IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WOODRUM/AMBULATORY SYSTEMS DEVELOPMENT, LLC, a Nevada limited liability company, and DAVID WOODRUM, <br><br> Plaintiffs, <br><br> v. <br><br> LAKESHORE SURGICARE, LLC, an Indiana limited liability company; REASC, LLC, an Indiana limited liability company; ANTON THOMPKINS, M.D., BRUCE THOMA, M.D., DAVID MUSGRAVE, M.D., JAMES MALAYTER, M.D., GEORGE ALAVANJA, M.D., MARC BRUELL, M.D., MICHAEL LELAND, M.D., THOMAS KAY, M.D., and PAUL GRUSZKA, M.D., <br><br> Defendants. | Case No.08-C-1721 <br> Judge Moran <br> Magistrate Judge Schenkier |

**AGREED MOTION FOR EXTENSION OF TIME**

Defendants Anton Thompkins, M.D., Bruce Thoma, M.D., David Musgrave, M.D., James Malayter, M.D., George Alavanja, M.D., Marc Bruell, M.D., Michael Leland, M.D., Thomas Kay, M.D., and Paul Gruszka, M.D. (collectively the "Doctors") respectfully request a fifteen (15) day extension of time in which to answer or otherwise respond to plaintiffs' complaint. In support of this motion, the Doctors show the Court as follows:

1. Plaintiffs filed their Complaint at Law and for an Accounting on March 24, 2008.

2. Pursuant to a Waiver of Service of Summons filed with the Court on April 7, 2008, defendants' answer or response is due on or before May 30, 2008.

3. Counsel for the Doctors has been compiling information and preparing a response to plaintiffs' complaint; however, counsel has been unable to discuss the matter with defendant

Thomas Kay, M.D. Defendant Dr. Kay has specific knowledge of the matters forming the basis of plaintiffs' complaint and any response would be incomplete without his participation.

4. The Doctors' counsel request an additional fifteen (15) days in which to discuss this matter with defendant Dr. Kay and to complete their response to plaintiffs' complaint.

5. Counsel for the Doctors has contacted counsel for plaintiffs regarding this extension of time for a responsive pleading and plaintiffs' counsel agreed.

6. This request is not made for the purpose of delay.

WHEREFORE, the Doctors request that this Court extend the deadline for filing their response to plaintiffs' complaint by fifteen (15) days up to and including June 13, 2008 and for all other appropriate relief.

                                              Respectfully submitted,

                                              _s/ Jeffrey M. Monberg_____
                                              Attorneys for Defendants

Stephen A. Studer (Illinois Atty. # 02761947)
John H. Lloyd (Illinois Atty. #06231089)
PLEWS SHADLEY RACHER & BRAUN LLP
53732 Generations Drive
South Bend, Indiana 46635
Tel: (574) 273-1010
E-mail: jlloyd@psrb.com

Lawrence A. Manson (Illinois Atty. # 1756834)
Jeffrey M. Monberg (Illinois Atty. # 6270295)
KRIEG DEVAULT LLP
33 N. LaSalle Street, Suite 2412
Chicago, IL 60615
Tel: (312) 423-9300
Fax: (219) 227-6111
E-mail: lmanson@kdlegal.com
       jmonberg@kdlegal.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 29, 2008, a copy of the foregoing was electronically served upon the following via the CM/ECF system:

          Robert H. Lang, Esq.
          Karen E. Grossman, Esq.
          Holland & Knight LLP
          131 S. Dearborn St., 30th Fl.
          Chicago, IL 60603
          rhlang@hklaw.com

          __s/ Jeffrey M. Monberg_____