# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| WOODRUM/AMBULATORY SYSTEMS DEVELOPMENT, LLC, a Nevada limited liability company, and DAVID WOODRUM,<br><br>        Plaintiffs,<br><br>        v.<br><br>LAKESHORE SURGICARE, LLC, an Indiana limited liability company; REASC, LLC, an Indiana limited liability company; ANTON THOMPKINS, M.D., BRUCE THOMA, M.D., DAVID MUSGRAVE, M.D., JAMES MALAYTER, M.D., GEORGE ALAVANJA, M.D., MARC BRUELL, M.D., MICHAEL LELAND, M.D., THOMAS KAY, M.D., and PAUL GRUSZKA, M.D.,<br><br>        Defendants. | Case No.08-C-1721<br>Judge Moran<br>Magistrate Judge Schenkier |

## NOTICE OF MOTION

TO:    Robert H. Lang, Esq.
           Karen E. Grossman, Esq.
           Holland & Knight LLP
           131 S. Dearborn St., 30th Fl.
           Chicago, IL 60603

**On June 4, 2008, at 9:00 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge James B. Moran** or any judge setting in his stead, in the courtroom usually occupied by him in the U.S. District Court for the Northern District of Illinois, **Room 1843**, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendants Anton Thompkins, M.D., Bruce Thoma, M.D., David Musgrave, M.D., James Malayter, M.D., George Alavanja, M.D., Marc Bruell, M.D., Michael Leland, M.D., Thomas

Kay, M.D., and Paul Gruszka, M.D.'s **Agreed Motion for Extension of Time**, a copy of which is being contemporaneously served upon you with this Notice.

Respectfully submitted,

      _s/ Jeffrey M. Monberg_____
      Attorneys for Defendants

Stephen A. Studer (Illinois Atty. # 02761947)
John H. Lloyd (Illinois Atty. #06231089)
PLEWS SHADLEY RACHER & BRAUN LLP
53732 Generations Drive
South Bend, Indiana 46635
Tel: (574) 273-1010
E-mail: jlloyd@psrb.com

Lawrence A. Manson (Illinois Atty. # 1756834)
Jeffrey M. Monberg (Illinois Atty. # 6270295)
KRIEG DEVAULT LLP
33 N. LaSalle Street, Suite 2412
Chicago, IL 60615
Tel: (312) 423-9300
Fax: (219) 227-6111
E-mail: lmanson@kdlegal.com
      jmonberg@kdlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2008, a copy of the foregoing was electronically served upon the following via the CM/ECF system:

      Robert H. Lang, Esq.
      Karen E. Grossman, Esq.
      Holland & Knight LLP
      131 S. Dearborn St., 30th Fl.
      Chicago, IL 60603
      rhlang@hklaw.com

      __s/ Jeffrey M. Monberg_____