# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| WOODRUM AMBULATORY SYSTEMS DEVELOPMENT, LLC, a Nevada limited liability company, and DAVID WOODRUM, <br><br>   Plaintiffs, <br><br>   v. <br><br> LAKESHORE SURGICARE, LLC, an Indiana limited liability company; REASC, LLC, an Indiana limited liability company; ANTON THOMPKINS, M.D., BRUCE THOMA, M.D., DAVID MUSGRAVE, M.D., JAMES MALAYTER, M.D., GEORGE ALAVANJA, M.D., MARC BRUELL, M.D., MICHAEL LELAND, M.D., THOMAS KAY, M.D., and PAUL GRUSZKA, M.D. <br><br>   Defendants. | Judge James B. Moran <br> Magistrate Judge Sidney I. Schenkier <br><br> Case No. 08 C 1721 |

## AGREED MOTION FOR EXTENSION OF TIME

Defendants, LAKESHORE SURGICARE, LLC and REASC, LLC ("Defendant Entities"), by their attorneys, and pursuant to Fed. R. Civ. P. 6(b) respectfully request that the Court extend the time in which Defendant Entities must answer or otherwise plead to and until June 16, 2008. In support of their motion, Defendant Entities state as follows:

1. Plaintiffs, Woodrum Ambulatory Systems Development, LLC and David Woodrum, filed an eight (8) count complaint ("Complaint") against Defendant Entities and nine individual defendants ("the Individual Defendants"), asserting various state law claims.

2. Pursuant to a Waiver of Service of Summons filed with the Court on or about April 7, 2008, Defendant Entities must answer or otherwise plead in response to the Complaint on or before May 30, 3008.

CH1 11491312.1

-2-

3. Counsel for Defendant Entities is in the process of investigating the extensive allegations that comprise the Complaint in order to prepare their responsive pleading; however, additional time is necessary to complete this investigation.

4. Plaintiff's counsel was contacted regarding Defendant Entities' request for an extension of time to and until June 16, 2008 to file an answer or other responsive pleading and has agreed to the extension.

5. This request has not been made for purposes of delay and no party will be prejudiced by the granting of the requested extension.

WHEREFORE, LAKESHORE SURGICARE, LLC and REASC, LLC respectfully request that the Court grant their agreed motion for extension and extend their deadline to file an answer or other responsive pleading to Plaintiff's Complaint to and until June 16, 2008.

          LAKESHORE SURGICARE, LLC

          By:    s/ Cintra D. Bentley
                 One of Its Attorneys

          REASC, LLC

          By:    s/ Cintra D. Bentley
                 One of Its Attorneys

-3-

F. Joseph Jaskowiak
HOEPPNER WAGNER & EVANS LLP
1000 East 80th Place – Suite 606S
Merrillville, Indiana 46410
(219) 769-6552 (telephone)
(219) 783-2349 (facsimile)
jjaskowiak@hwelaw.com
Lead Counsel

Cintra D. Bentley
SEYFARTH SHAW LLP
131 South Dearborn Street – Suite 2400
Chicago, Illinois 60605
(312) 460-5000 (telephone)
(312) 460-7000 (facsimile)
cbentley@seyfarth.com
Local Counsel

**May 30, 2008**

CH1 11491312.1

-4-

## CERTIFICATE OF SERVICE

Cintra D. Bentley, an attorney, certifies that she caused a true and correct copy of the foregoing AGREED MOTION FOR EXTENSION OF TIME, to be served upon the following, via ECF notification on this 30th day of May, 2008:

>Karen Elaine Gossman
>Robert H. Lang
>Holland & Knight LLC
>131 South Dearborn Street
>30th Floor
>Chicago, IL 60603
>(312)263-3600
>karen.gossman@hklaw.com
>rhlang@hklaw.com
>**Counsel for Plaintiffs**
>
>Jeffrey Mark Monberg
>Galvin, Galvin & Leeney
>5231 Hohman Avenue
>7th Floor, Calumet Building
>Hammond, IN 46320
>(219) 933-0380
>jmonberg@kdlegal.com
>**Counsel for Individual Defendants**

_____s/Cintra D. Bentley_____

CH1 11491312.1