# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                       Case Number: 08 C 1721

Woodrum/Ambulatory Systems Development, LLC, a Nevada Limited Liability Company, and David Woodrum, Plaintiffs,
v.
Lakeshore Surgicare, LLC, an Indiana Limited Liability Company; REASC, LLC, et al., Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Lakeshore Surgicare LLC, an Indiana Limited Liability Company and REASC, LLC, an Indiana Limited Liability Company

| NAME (Type or print) |
| --- |
| F. Joseph Jaskowiak |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ F. Joseph Jaskowiak |
| FIRM |
| Hoeppner Wagner & Evans LLP |
| STREET ADDRESS |
| 1000 East 80th Place, 6th Floor South |
| CITY/STATE/ZIP |
| Merrillville, IN 46410 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| (ARCD) 3124524 | (219)769-6552 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| --- | --- | --- |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ |