**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| WOODRUM/AMBULATORY SYSTEMS DEVELOPMENT, LLC, a Nevada limited liability company, and DAVID WOODRUM, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Case No.08-C-1721 Judge Moran Magistrate Judge Schenkier |
| LAKESHORE SURGICARE, LLC, an Indiana limited liability company; REASC, LLC, an Indiana limited liability company; ANTON THOMPKINS, M.D., BRUCE THOMA, M.D., DAVID MUSGRAVE, M.D., JAMES MALAYTER, M.D., GEORGE ALAVANJA, M.D., MARC BRUELL, M.D., MICHAEL LELAND, M.D., THOMAS KAY, M.D., and PAUL GRUSZKA, M.D., | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## <u>MOTION TO DISMISS</u>

Defendants Anton Thompkins, M.D. ("Thompkins"), Bruce Thoma, M.D. ("Thoma"), David Musgrave, M.D. ("Musgrave"), James Malayter, M.D. ("Malayter"), George Alavanja, M.D. ("Alavanja"), Marc Bruell, M.D. ("Bruell"), Michael Leland, M.D. ("Leland"), Thomas Kay, M.D. ("Kay"),  and Paul Gruszka, M.D. ("Gruszka") ("Thompkins, Thoma, Musgrave, Malayter, Alavanja, Buell, Leland, Kay and Gruszka are collectively the "Doctors") respectfully request that the Court dismiss plaintiffs' complaint pursuant to Rules 12 (b) (2) and (3) of the Federal Rules of Civil Procedure.  This Court lacks personal jurisdiction over any of the Defendants - (12 (b) (2)) - and proper venue does not lie with this Court - (12 (b) (3)). These

preliminary failings require dismissal of the plaintiffs' complaint. In further support of its motion, the Doctors contemporaneously submit their memorandum in support of motion to dismiss.

WHEREFORE, the Doctors request that this Court dismiss plaintiffs' complaint pursuant to Rules 12 (b) (2) and (3) of the Federal Rules of Civil Procedure and for all other appropriate relief.

Respectfully submitted,

PLEWS SHADLEY RACHER & BRAUN LLP

/s/John H. Lloyd
Attorneys for Defendants

Stephen A. Studer (Illinois Atty. # 02761947)
John H. Lloyd (Illinois Atty. #06231089)
PLEWS SHADLEY RACHER & BRAUN LLP
53732 Generations Drive
South Bend, Indiana 46635
Tel: (574) 273-1010
E-mail: jlloyd@psrb.com

Jeffrey M. Monberg (Illinois Atty. #6270295)
KRIEG DEVAULT LLP
33 N. LaSalle Street, Suite 2412
Chicago, IL 60615
Tel: (312) 423-9300

CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2008, a copy of the foregoing was electronically served upon the following via the CM/ECF system:

Robert H. Lang, Esq.
Karen E. Grossman, Esq.
Holland & Knight LLP
131 S. Dearborn St., 30th Fl.

2

Chicago, IL 60603

F. Joseph Jaskowiak
HOEPPNER WAGNER & EVANS LLP
1000 East 80th Place – Suite 606S
Merrillville, Indiana 46410

Cintra D. Bentley
SEYFARTH SHAW LLP
131 South Dearborn Street – Suite 2400
Chicago, Illinois 60605


/s/John H. Lloyd