**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| WOODRUM/AMBULATORY SYSTEMS DEVELOPMENT, LLC, a Nevada limited liability company, and DAVID WOODRUM, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.08-C-1721 Judge Moran |
| LAKESHORE SURGICARE, LLC, an Indiana limited liability company; REASC, LLC, an Indiana limited liability company; ANTON THOMPKINS, M.D., BRUCE THOMA, M.D., DAVID MUSGRAVE, M.D., JAMES MALAYTER, M.D., GEORGE ALAVANJA, M.D., MARC BRUELL, M.D., MICHAEL LELAND, M.D., THOMAS KAY, M.D., and PAUL GRUSZKA, M.D., | ) ) ) ) ) ) ) ) ) ) | Magistrate Judge Schenkier |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   Counsel of Record
   (See Attached Certificate of Service)

**On June 19, 2008, at 9:00 a.m.,** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Judge James B. Moran** or any judge setting in his stead, in the courtroom usually occupied by him in the U.S. District Court for the Northern District of Illinois, **Room 1843**, 219 South Dearborn Street, Chicago, Illinois, and then and there present Defendants Anton Thompkins, M.D., Bruce Thoma, M.D., David Musgrave, M.D., James Malayter, M.D., George Alavanja, M.D., Marc Bruell, M.D., Michael Leland, M.D., Thomas Kay, M.D., and Paul Gruszka, M.D.'s **Motion to Dismiss**, a copy of which is being contemporaneously served upon you with this Notice.

        Respectfully submitted,

        PLEWS SHADLEY RACHER & BRAUN LLP


        /s/John H. Lloyd
        Attorneys for Defendants

Stephen A. Studer (Illinois Atty. # 02761947)
John H. Lloyd (Illinois Atty. #06231089)
PLEWS SHADLEY RACHER & BRAUN LLP
53732 Generations Drive
South Bend, Indiana 46635
Tel: (574) 273-1010
E-mail: jlloyd@psrb.com

Jeffrey M. Monberg (Illinois Atty. #6270295)
KRIEG DEVAULT LLP
33 N. LaSalle Street, Suite 2412
Chicago, IL 60615
Tel: (312) 423-9300


## CERTIFICATE OF SERVICE

  I hereby certify that on June 13, 2008, a copy of the foregoing was electronically served upon the following via the CM/ECF system:

    Robert H. Lang, Esq.
    Karen E. Grossman, Esq.
    Holland & Knight LLP
    131 S. Dearborn St., 30th Fl.
    Chicago, IL 60603
    rhlang@hklaw.com

    F. Joseph Jaskowiak
    HOEPPNER WAGNER & EVANS LLP
    1000 East 80th Place – Suite 606S
    Merrillville, Indiana 46410

    Cintra D. Bentley
    SEYFARTH SHAW LLP
    131 South Dearborn Street – Suite 2400
    Chicago, Illinois 60605

3

/s/John H. Lloyd

Case 1:08-cv-01721    Document 23    Filed 06/13/2008    Page 3 of 3

3