IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| WOODRUM/AMBULATORY SYSTEMS DEVELOPMENT, LLC, a Nevada limited liability company, and DAVID WOODRUM,<br><br>Plaintiffs,<br><br>v.<br><br>LAKESHORE SURGICARE, LLC, an Indiana limited liability company; REASC, LLC, an Indiana limited liability company; ANTON THOMPKINS, M.D., BRUCE THOMA, M.D., DAVID MUSGRAVE, M.D., JAMES MALAYTER, M.D., GEORGE ALAVANJA, M.D., MARC BRUELL, M.D., MICHAEL LELAND, M.D., THOMAS KAY, M.D., and PAUL GRUSZKA, M.D.,<br><br>Defendants. | Case No. 08-C-1721 |

## MOTION TO DISMISS & ALTERNATIVE MOTION TO TRANSFER

Defendants, Lakeshore Surgicare, LLC an Indiana limited liability company, and REASC, LLC, (hereinafter "REASC") an Indiana limited liability Company, by counsel, F. Joseph Jaskowiak, herein moves the Court to Dismiss the above captioned matter for want of proper venue and Alternatively Moves the Court to Transfer to a more convenient forum pursuant to 28 USC §§ 1404, 1406 and FRCP 12(b)(3). Defendants' motion is for the reasons set out and the evidence designated in the Memorandum of Law filed contemporaneously with this Motion and incorporated herein by reference and with Co-defendants Motion to Dismiss and supporting Memorandum filed previously in this matter, all of which are incorporated herein by reference.

|  | Respectfully submitted, |
|---|---|
| HOEPPNER WAGNER & EVANS LLP<br>Attorneys for Defendants, Lakeshore<br>Surgicare, LLC and REASC, LLC | SEYFARTH SHAW LLP |
| By: <u>s/ F. Joseph Jaskowiak</u><br>   F. Joseph Jaskowiak | By: <u>s/ Cintra D. Bentley</u><br>   Cintra D. Bentley |
| HOEPPNER WAGNER & EVANS LLP<br>Twin Towers South<br>1000 East 80th Place, 6th Floor<br>P.O. Box 10627<br>Merrillville, IN  46411-0627<br>Telephone: (219) 769-6552 | SEYFARTH SHAW LLP<br>131 South Dearborn Street - Suite 2400<br>Chicago, IL  60605<br>Telephone: (312) 460-5000 |

**CERTIFICATE OF SERVICE**

  Cintra D. Bentley, an attorney, certifies that she caused a true and correct copy of the foregoing "Motion to Dismiss & Alternative Motion to Transfer" to be served upon the following, via ECF notification on this 16th day of June, 2008:

    Stephen A. Studer
    John H. Lloyd
    PLEWS SHADLEY RACHER & BRAUN LLP
    53732 Generations Drive
    South Bend, Indiana 46635
    (574) 273-1010
    E-mail: jlloyd@psrb.com

    Karen E. Grossman
    Robert H. Lang
    Holland & Knight LLC
    131 South Dearborn Street
    30th Floor
    Chicago, IL  60603
    (312) 263-3600
    karen.gossman@hklaw.com
    rhlang@hklaw.com

    Jeffrey Mark Monberg
    Galvin, Galvin & Leeney
    5231 Hohman Avenue
    7th Floor, Calumet Building
    Hammond, IN  46320
    (219) 933-0380
    jmonberg@kdlegal.com

        s/Cintra D. Bentley