**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| WOODRUM AMBULATORY SYSTEMS DEVELOPMENT, LLC, a Nevada limited liability company, and DAVID WOODRUM, | ) ) ) ) |
| Plaintiffs, | ) Judge James B. Moran ) Magistrate Judge Sidney I. Schenkier ) |
| v. | ) Case No. 08 C 1721 ) |
| LAKESHORE SURGICARE, LLC, an Indiana limited liability company; REASC, LLC, an Indiana limited liability company; ANTON THOMPKINS, M.D., BRUCE THOMA, M.D., DAVID MUSGRAVE, M.D., JAMES MALAYTER, M.D., GEORGE ALAVANJA, M.D., MARC BRUELL, M.D., MICHAEL LELAND, M.D., THOMAS KAY, M.D., and PAUL GRUSZKA, M.D. | ) ) ) ) ) ) ) ) |
| Defendants. | |

**NOTICE OF MOTION**

**TO:** Counsel of Record
(See Attached Certificate of Service)

    PLEASE TAKE NOTICE that on **Thursday, June 19, 2008, at 9:00 a.m**., before Judge James B. Moran, Courtroom 1843, or any judge sitting in his stead, in the U.S. District Court for the Northern District of Illinois, Eastern Division, the undersigned counsel shall then and there present Defendants LAKESHORE SURGICARE, LLC, and REASC, LLC's Motion to Dismiss and Alternative Motion to Transfer, a copy of which is attached and hereby served upon you.

Respectfully submitted,

LAKESHORE SURGICARE, LLC

By: ___s/ Cintra D. Bentley_____
      One of Its Attorneys

REASC, LLC

By: _____s/ Cintra D. Bentley_____
      One of Its Attorneys

F. Joseph Jaskowiak
HOEPPNER WAGNER & EVANS LLP
1000 East 80th Place – Suite 606S
Merrillville, Indiana 46410
(219) 769-6552 (telephone)
(219) 783-2349 (facsimile)
jjaskowiak@hwelaw.com
Lead Counsel

Cintra D. Bentley
SEYFARTH SHAW LLP
131 South Dearborn Street – Suite 2400
Chicago, Illinois 60605
(312) 460-5000 (telephone)
(312) 460-7000 (facsimile)
cbentley@seyfarth.com
Local Counsel

**June 16, 2008**

## **CERTIFICATE OF SERVICE**

Cintra D. Bentley, an attorney, certifies that she caused a true and correct copy of the foregoing NOTICE OF MOTION, to be served upon the following, via ECF notification on this 16th day of June, 2008:

Karen Elaine Gossman
Robert H. Lang
Holland & Knight LLC
131 South Dearborn Street
30th Floor
Chicago, IL 60603
(312)263-3600
karen.gossman@hklaw.com
rhlang@hklaw.com

Jeffrey Mark Monberg
Galvin, Galvin & Leeney
5231 Hohman Avenue
7th Floor, Calumet Building
Hammond, IN 46320
(219) 933-0380
jmonberg@kdlegal.com

Stephen A. Studer
John H. Lloyd
Plews Shadley Racher & Braun LLP
53732 Generations Drive
South Bend, Indiana 46635
(574) 273-1010
jlloyd@psrb.com

          _____s/Cintra D. Bentley_____

3