## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Woodrum/Ambulatory Systems Development, LLC, et al.

                    Plaintiff,

v.

Lakeshore Surgicare, LLC, et al.

                    Defendant.

Case No.: 1:08−cv−01721

Honorable James B. Moran

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 19, 2008:

    MINUTE entry before the Honorable James B. Moran: Plaintiffs' response to defendants' motions to dismiss and alternative motion to transfer [24] and [21] to be filed by 7/25/2008 by agreement of the parties. Defendants' reply in support of motions [21] and [24] to be filed by 8/15/2008. Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.