# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                             Case Number: 08 C 1721

WOODRUM/AMBULATORY SYSTEMS DEVELOPMANT, LLC, a Nevada limited liability company and DAVID WOODRUM v. LAKESHORE SURGICARE, LLC, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
WOODRUM/AMBULATORY SYSTEMS DEVELOPMANT, LLC, and DAVID WOODRUM

| | |
|---|---|
| NAME (Type or print) Leah Wardak | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Leah Wardak | |
| FIRM Holland & Knight, LLP | |
| STREET ADDRESS 131 South Dearborn Street, 30th Floor | |
| CITY/STATE/ZIP Chicago, IL 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6285246 | TELEPHONE NUMBER (312) 263-3600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐   NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |

# CERTIFICATE OF SERVICE

The undersigned certifies that on July 24, 2008, a copy of the **Attorney Appearance Form** was served upon the following counsel of record through the CM/ECF Electronic Case Filing System:

F. Joseph Jaskowiak
Schmidtke Hoeppner Consultants, LLP
10 South Riverside Plaza
Suite 1800
Chicago, IL 60606
jjaskowiak@hwelaw.com

Jeffrey Mark Monberg
Kraft Foods
Northfield, IL 60093
jmonberg@kdlegal.com

Stephen A. Studer
Plews Shadley Racher & Braun
53732 Generations Drive
South Bend, IN 46635
sastuder@psrb.com

Cintray DeNoyelles Bentley
Seyfarth Shaw, LLP
131 South Dearborn Street
Suite 2400
Chicago, IL 60603
cbentley@seyfarth.com

John Henry Lloyd, IV
Plews Shadley Racher & Braun
53732 Generations Drive
South Bend, IN 46635
jlloyd@psrb.com

By: ___/s/ Leah Wardak_____

# 5499309_v1