# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1721 | **DATE** | 7/24/2008 |
| **CASE TITLE** | WOODRUM/AMBULATORY SYSTEMS DEVELOPMENT, LLC vs. LAKESHORE SURGICARE, LLC., et al | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order. Plaintiffs response to Lakeshore Surgicare, LLC and REASC, LLC's motion to dismiss and Alternative Motion to Transfer and the remaining Defendants' Motion to Dismiss [21] {24] to be filed by 8/8/2008. Defendants replies to their motions to dismiss [21] [24] to be filed by 8/29/2008.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | LG |
|---|---|---|