IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| WOODRUM/AMBULATORY SYSTEMS DEVELOPMENT, LLC, a Nevada limited liability company, and DAVID WOODRUM, <br><br> Plaintiffs, <br><br> v. <br><br> LAKESHORE SURGICARE, LLC, an Indiana limited liability company; REASC, LLC, an Indiana limited liability company; ANTON THOMPKINS, M.D., BRUCE THOMA, M.D., DAVID MUSGRAVE, M.D., JAMES MALAYTER, M.D., GEORGE ALAVANJA, M.D., MARC BRUELL, M.D., MICHAEL LELAND, M.D., THOMAS KAY, M.D., and PAUL GRUSZKA, M.D. <br><br> Defendants. | Case No. 08-C-1721 |

### PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTIONS TO DISMISS

Plaintiffs Woodrum/Ambulatory Systems Development, LLC and David Woodrum (collectively, "Plaintiffs"), by its attorneys, hereby submit the following Motion for Extension Time to File Response to Defendants' Motions to Dismiss, requesting leave to file its response to Defendants' two motions to dismiss on or before August 22, 2008. In support of this motion, Plaintiffs state as follows:

1.      Defendants Anton Thompkins, M.D., Bruce Thoma, M.D., David Musgrave, M.D., James Malayter, M.D., George Alavanja, Marc Bruell, M.D., Michael Leland, M.D., Thomas Kay, M.D., and Paul Gruszka, M.D. (collectively, "Physician Defendants") filed their Motion to Dismiss on June 13, 2008.

2. Defendants Lakeshore Surgicare, LLC and REASC, LLC (collectively, "Institutional Defendants") filed their Motion to Dismiss and Alternative Motion to Transfer on June 16, 2008.

3. Per the agreement with the Institutional Defendants, the due date of Plaintiffs' response to the motions to dismiss was extended to August 15, 2008. An agreed order had been submitted to this Court, but, as of the filing of this motion, it had not yet posted to the court docket report.

4. Since receiving the motions from both the Physician Defendants and Institutional Defendants, the undersigned lead attorney for Plaintiffs, Mr. Lang, has been under severe time constraints due to a number of depositions, a continued arbitration, a temporary restraining order out of state, and other out-of-state travel for work purposes.

5. Due to the above-referenced matters and other time commitments, the undersigned counsel requests an extension until August 22, 2008 for filing Plaintiff's response to Defendants' motions.

6. This motion is not brought for any improper purpose. Defendants will not be prejudiced by the allowance of an extension.

7. On August 13, 2008, counsel for Plaintiffs contacted counsel for the Institutional Defendants and he indicated his agreement to an extension until August 22, 2008.

8. On August 13, 2008, counsel for Plaintiffs also communicated with counsel for the Physician Defendants, and she does not oppose this motion.

Wherefore, for the reasons stated herein, Plaintiffs respectfully request that this Court grant it permission to file its response to Defendants' motions to dismiss on or before August 22, 2008 and for such other and further relief that this Court deem just and appropriate.

Respectfully submitted,

DAVID WOODRUM and WOODRUM/ AMBULATORY SYSTEMS DEVELOPMENT, LLC,

By: /s/ Robert H. Lang.
      One of Their Attorneys

Robert H. Lang
Karen E. Gossman
Leah Wardak
Holland & Knight LLP
131 S. Dearborn St., 30th Fl.
Chicago, IL 60603
312.263.3600
312.578.6666

**CERTIFICATE OF SERVICE**

The undersigned certifies that on August 13, 2008, a copy of the PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTIONS TO DISMISS
was served upon the following counsel of record through the CM/ECF Electronic Case Filing System:

| | |
|---|---|
| F. Joseph Jaskowiak<br>Schmidtke Hoeppner Consultants, LLP<br>10 South Riverside Plaza<br>Suite 1800<br>Chicago, IL  60606<br>jjaskowiak@hwelaw.com | Cintray DeNoyelles Bentley<br>Seyfarth Shaw, LLP<br>131 South Dearborn Street<br>Suite 2400<br>Chicago, IL  60603<br>cbentley@seyfarth.com |
| John Henry Lloyd, IV<br>Plews Shadley Racher & Braun<br>53732 Generations Drive<br>South Bend, IN  46635<br>jlloyd@psrb.com | |
| Stephen A. Studer<br>Plews Shadley Racher & Braun<br>53732 Generations Drive<br>South Bend, IN  46635<br>sastuder@psrb.com | |

By:   /s/ Robert H. Lang

# 5541354_v1