## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| WOODRUM/AMBULATORY SYSTEMS DEVELOPMENT, LLC, a Nevada limited liability company, and DAVID WOODRUM, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No. 08-C-1721 ) |
| LAKESHORE SURGICARE, LLC, an Indiana limited liability company; REASC, LLC, an Indiana limited liability company; ANTON THOMPKINS, M.D., BRUCE THOMA, M.D., DAVID MUSGRAVE, M.D., JAMES MALAYTER, M.D., GEORGE ALAVANJA, M.D., MARC BRUELL, M.D., MICHAEL LELAND, M.D., THOMAS KAY, M.D., and PAUL GRUSZKA, M.D. | ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) |

### NOTICE OF MOTION

TO:   See Attached Service List

PLEASE TAKE NOTICE that on Thurdsay, August 21, 2008, at 9:00 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable James B. Moran, in the courtroom usually occupied by him in Room 1843 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and present **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTIONS TO DISMISS**, a copy of which is hereby served upon you.

Respectfully submitted,

DAVID WOODRUM and WOODRUM/ AMBULATORY SYSTEMS DEVELOPMENT, LLC,

By:       /s/ Robert H. Lang.
     One of Their Attorneys

Robert H. Lang
Karen E. Gossman
Leah Wardak
Holland & Knight LLP
131 S. Dearborn St., 30th Fl.
Chicago, IL 60603
312.263.3600
312.578.6666

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on August 13, 2008, a copy of the PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTIONS TO DISMISS and NOTICE OF MOTION were served upon the following counsel of record through the CM/ECF Electronic Case Filing System:

| | |
|---|---|
| F. Joseph Jaskowiak<br>Schmidtke Hoeppner Consultants, LLP<br>10 South Riverside Plaza<br>Suite 1800<br>Chicago, IL  60606<br>jjaskowiak@hwelaw.com | Cintray DeNoyelles Bentley<br>Seyfarth Shaw, LLP<br>131 South Dearborn Street<br>Suite 2400<br>Chicago, IL  60603<br>cbentley@seyfarth.com |

John Henry Lloyd, IV
Plews Shadley Racher & Braun
53732 Generations Drive
South Bend, IN  46635
jlloyd@psrb.com

Stephen A. Studer
Plews Shadley Racher & Braun
53732 Generations Drive
South Bend, IN  46635
sastuder@psrb.com

By: ___/s/ Robert H. Lang_____

# 5542093_v1