


Form (01/2005)

## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1721 | **DATE** | 8/12/2008 |
| **CASE TITLE** | WOODRUM/AMBULATORY SYSTEMS DEVELOPMENT, LLC vs. LAKESHORE SURGICARE, LLC, et al | | |

**DOCKET ENTRY TEXT**

Enter Agreed Order. Plaintiffs shall file their response to Lakeshore Surgicare, Llc and REASC, LLC's motion to dismiss and alternative motion to transfer [24] and the remaining defendants' motion to dismiss [21] on or before August 15, 2008. Defendants shall file their replies in support of their respective motion to dismiss on or before September 5, 2008.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | LG |
|---|---|---|---|

U.S. DISTRICT COURT

2008 AUG 12 PM 5: 03

FILED