

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| WOODRUM/AMBULATORY SYSTEMS DEVELOPMENT, LLC, a Nevada limited liability company, and DAVID WOODRUM,<br><br>    Plaintiffs,<br><br>v.<br><br>LAKESHORE SURGICARE, LLC, an Indiana limited liability company; REASC, LLC, an Indiana limited liability company; ANTON THOMPKINS, M.D., BRUCE THOMA, M.D., DAVID MUSGRAVE, M.D., JAMES MALAYTER, M.D., GEORGE ALAVANJA, M.D., MARC BRUELL, M.D., MICHAEL LELAND, M.D., THOMAS KAY, M.D., and PAUL GRUSZKA, M.D.<br><br>    Defendants. | Case No. 08-C-1721 |

## AGREED ORDER

This cause coming on to be heard upon the agreement of the parties, the Court having been fully advised in the premises IT IS HEREBY ORDERED:

  1.  Plaintiffs shall file their response to Lakeshore Surgicare, LLC and REASC, LLC's Motion to Dismiss and Alternative Motion to Transfer and the remaining Defendants' Motion to Dismiss on or before August 15, 2008;

  2.  Defendants shall file their replies in support of their respective motion to dismiss on or before September 5, 2008.

ENTERED August 12, 2008

_____
Honorable James B. Moran

*Prepared by:*
Robert H. Lang
Karen Gossman
Leah Wardak
Holland & Knight LLP
131 S. Dearborn Street, 30th Floor
Chicago, IL 60603
(312) 263-3600