# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Woodrum/Ambulatory Systems Development, LLC, et al.

        Plaintiff,

v.

Case No.: 1:08−cv−01721

Honorable James B. Moran

Lakeshore Surgicare, LLC, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 21, 2008:

MINUTE entry before the Honorable James B. Moran:Plaintiff's unopposed motion for extension of time to file response to motions to dismiss [32] is granted. Status hearing held on 8/21/2008 and continued to 9/17/2008 at 9:15 a.m. Plaintiffs 9; response to defendants motions to dismiss [24] and [21] to be filed by 8/26/2008. Defendants' reply in support of motions to be filed by 9/16/2008. Plaintiffs' oral motion for leave to file brief in excess of page limitation is granted. Mailed notice (ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.