



**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

FILED
8-21-2008
AUG 2 1 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## NOTIFICATION OF CHANGE OF ADDRESS

NAME: JEFFREY M MONBERG

FIRM: KRIEG DeVAULT LLP

STREET ADDRESS: 33 N LaSalle St Suite 2410

CITY/STATE/ZIP: Chicago, IL 60602

PHONE NUMBER: 312-423-9300

ARDC NO. (If Member of Illinois State Bar): 6270295

☒ I am a member of the General Bar for the Northern District of Illinois.

☐ Have you filed an appearance with this Court using a different name? If so, please indicate on the line provided: _____

*I currently have an appearance on file for the following active case(s):*

| Case Number | Case Title | Assigned Judge |
|---|---|---|
| 08C 1721 | Woodrum/Ambulatory | Moran |
| 08C 2182 | Niedemp/imaic | Norgle |
| | | |
| | | |
| | | |

Attorney's Signature    Date: 8-21-08

**Return completed form by FAX to 312-554-8512 Attn: Attorney Admissions, or by mail to Attorney Admissions, 219 S. Dearborn, Room 2050, Chicago, Illinois 60604**